MICHAEL RUBINO, an Infant, by ANTHONY RUBINO, his Guardian ad Litem, Appellant, *v.* WILLIAM H. FORCE, et al., Respondents.

*Rubino* v. *Force*, 13 Misc. Rep. 771, affirmed.
(Submitted March 16, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Superior Court of the city of New York, entered July 17, 1895, which affirmed a judgment in favor of defendants entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Robert P. Harlow* and *M. P. O'Connor* for appellant.

*Francis Farquhar*, for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not voting.

———

JOHN EASTWOOD, as Administrator of JAY W. EASTWOOD, Deceased, Respondent, *v.* RETSOF MINING COMPANY, Appellant.

*Eastwood* v. *Retsof Mining Co.*, 86 Hun, 91, affirmed.
(Argued March 16, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered April 26, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Joseph W. Taylor* and *George F. Yeoman* for appellant.

*Frederick A. Mann* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., absent.